| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Northern District of Georgia** |
| Case number (*If known*): _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Maddison Revocable Trust** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-7055664** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**115 W Peachtree Pl NW, Unit 313**<br>Number     Street<br><br>**Atlanta           GA    30313**<br>City                         State  Zip Code<br><br><br>**FULTON**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br>City                         State  Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**1696 Nottingham Way NE**<br>Number     Street<br><br>**Atlanta           GA    30309**<br>City                         State  Zip Code |
| 5. | **Debtor's website (URL)** | | |

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business:**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Maddison Revocable Trust** _____ Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. | District _____ When __/__/____ Case number _____ <br> District _____ When __/__/____ Case number _____ |

| | | | |
|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. | Debtor _____ Relationship _____ <br> District _____ When __/__/____ <br> Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | Check all that apply: <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (Check all that apply.) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>     Number    Street <br> _____ <br>     City    State    ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

Debtor  **Maddison Revocable Trust**                                  Case number *(if known)* _____
     Name

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **8/4/2025**
               MM / DD / YYYY

✗ **/s/ Kareem Maddison**                                      **Kareem Maddison**
  Signature of authorized representative of debtor        Printed name

Title  **Trustee**

Debtor  **Maddison Revocable Trust**_____  Case number *(if known)*_____
         Name

| 18. | Signature of attorney | ✗ | **/s/ Jason Pettie**_____ | Date _____ |
|---|---|---|---|---|
| | | | Signature of attorney for debtor | MM / DD / YYYY |

　　　　　　　　　　　　　　　　　　　　**Jason Pettie**
　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　**Taylor Duma, LLP**
　　　　　　　　　　　　　　　　　　　　Firm name

　　　　　　　　　　　　　　　　　　　　**1600 Parkwood Cir**
　　　　　　　　　　　　　　　　　　　　Number　　　Street

　　　　　　　　　　　　　　　　　　　　**Atlanta**　　　　　**GA**　　　　**30339**
　　　　　　　　　　　　　　　　　　　　City　　　　　　　State　　　ZIP Code

　　　　　　　　　　　　　　　　　　　　**(770) 434-6868**　　　　**jasonpettie@gmail.com**
　　　　　　　　　　　　　　　　　　　　Contact Phone　　　　　Email address

　　　　　　　　　　　　　　　　　　　　**574783**　　　　**Georgia**
　　　　　　　　　　　　　　　　　　　　Bar number　　　　　State

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 5 of 5
Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　BlueStylus

# United States Bankruptcy Court

### Northern District of Georgia

In re **Maddison Revocable Trust**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **8/4/2025**

**/s/ Kareem Maddison**  
**Kareem Maddison**  
Signature of Debtor

**Allstate Insurance Co**
**PO Box  660636**
**Dallas, TX 75266**

**Fulton County Tax Commissioner**
**141 Pryor Street SW, Suite?1113**
**Atlanta, GA 30303**

**GA Dept of Revenue**
**2595 Century Pkwy, Ste 331**
**Atlanta, GA 30345**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Select Portfolio Servicing, Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165-0250**

**Wilmington Trust, NA, as trustee**
**for  Sequoia Mortgage Trust 2024-1**
**c/o Select Portfolio Servicing Inc**
**3217 S Decker Lake Dr**
**Salt Lake City, UT 84119**