**Fill in this information to identify the case and this filing:**

Debtor Name   __Maddison Revocable Trust__

United States Bankruptcy Court for the:   __Northern District of Georgia__

Case number (*If known*):   __25-58758__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __8/20/2025__                          ✗ __/s/ Kareem Maddison__
              MM/DD/YYYY                               Signature of individual signing on behalf of debtor

                                                       __Kareem Maddison__
                                                       Printed name

                                                       __Trustee__
                                                       Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name ___Maddison Revocable Trust___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-58758___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................... $ __1,375,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ......................................................... $ __18,894.00__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ........................................................... $ __1,393,894.00__

| Part 2: | **Summarize Your Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........................................... $ __1,096,979.43__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ __0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ __4,419.34__

4. **Total liabilities** .................................................................................... $ __1,101,398.77__
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name   **Maddison Revocable Trust**

United States Bankruptcy Court for the:   **Northern District of Georgia**

Case number *(if known)*:   **25-58758**

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   _____      _____      _____      $ _____

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ _____ **0.00**

| Debtor | __Maddison Revocable Trust__ | Case number *(if known)* | __25-58758__ |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

$_____ **0.00**

---

### Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

**11a. 90 days old or less:** _____ − _____ = $_____
   face amount          doubtful or uncollectible accounts

**11b. Over 90 days old:** _____ − _____ = $_____
   face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____ **0.00**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
| --- | --- | --- | --- |
| | Name | | |

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____ 0.00

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

_____          _____   MM / DD / YYYY    $_____    _____   $_____

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes.

Book value   $ _____    Valuation method _____    Current Value  $ _____

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☒ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes

    Book value    $ _____    Valuation method _____    Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    $ _____      _____      $ _____

43. **Total of Part 7.**

    Add lines 38 through 42. Copy the total to line 86.

                                                      $ _____ **0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **2018 BMW 740**<br>**WBA7E2C5XJG742494**<br>**47.1  107,000 miles** | $ **18,894.00** | | $ **18,894.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | Maddison Revocable Trust | Case number *(if known)* | 25-58758 |
| | Name | | |

---

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $ _____ 18,894.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☒ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Single Family Home 1696 Nottingham Way NE Atlanta, GA 30309 | _____ | $ 1,375,000.00 | _____ | $ 1,375,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ _____ 1,375,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☒ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

| Debtor | **Maddison Revocable Trust** | | Case number *(if known)* | **25-58758** |
| | Name | | | |

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☑ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | __Maddison Revocable Trust__ | Case number *(if known)* __25-58758__ |
|---|---|---|
| | Name | |

---

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = $ _____
                               Total face amount              doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax Year _____  $ _____

73. **Interests in insurance policies or annuities**

    _____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____  $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____  $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**

    _____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____  $ _____

---

Copyright © Financial Software Solutions, LLC

Debtor    **Maddison Revocable Trust**                                      Case number *(if known)*    **25-58758**
_____
Name

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                    $ _____ **0.00**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ _____ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ _____ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ _____ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ _____ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ _____ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ 18,894.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ _____ 1,375,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ _____ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............. 91a. | $ _____ 18,894.00 | ✚ 91b. $ _____ 1,375,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................    $ _____ **1,393,894.00**

---

**Fill in this information to identify your case:**

Debtor Name    **Maddison Revocable Trust**

United States Bankruptcy Court for the:  __Northern District of Georgia__

Case number (*If known*):    __25-58758__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible

1.  **Do any creditors have claims secured by debtor's property?**
    ☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑  Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Creditor's Name** | | | |

**Fulton County Tax Commissioner**

**Describe debtor's property that is subject to a lien**

$ ___8,753.00___   $ ___1,375,000.00___

**Creditor's mailing address**
**141 Pryor Street SW, Suite?1113**
**Atlanta, GA 30303**

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Description**

**Date debt was incurred**    _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    **Maddison Revocable Trust**                                   Case number *(if known)*    **25-58758**
_____
Name

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Select Portfolio Servicing, Inc.**
_____

**Creditor's mailing address**
**P.O. Box 65250**
**Salt Lake City, UT 84165-0250**
_____

| **55.1 Single Family Home 1696 Nottingham Way NE Atlanta, GA 30309** | $ _____ **1,088,226.43** | $ _____ **1,375,000.00** |
|---|---|---|

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Description**

**Date debt was incurred**            _____

**Last 4 digits of account number**   _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this
      creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any            $ **1,096,979.43**

---

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor      **Maddison Revocable Trust**

United States Bankruptcy Court for the:   **Northern District of Georgia**

Case number (*If known*):      **25-58758**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total Claim | Priority Amount |
|---|---|---|---|
| **GA Dept of Revenue**<br><br>**2595 Century Pkwy, Ste 331**<br><br>**Atlanta, GA 30345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ **Unknown** | $ _____ **Unknown** |

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Debtor   **Maddison Revocable Trust**                                                      Case number *(if known)*   **25-58758**
       Name

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** $ _____ **Unknown** |
|---|---|---|---|

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **4,419.34** |
|---|---|---|---|

**Allstate Insurance Co**

**PO Box   660636**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

| Debtor | **Maddison Revocable Trust** | | Case number *(if known)*   **25-58758** |
|---|---|---|---|
| | Name | | |

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

*Check all that apply.*                                                                                                 $ _____ **0.00**

**Wilmington Trust, NA, as trustee**

☐ Contingent
☐ Unliquidated
☐ Disputed

for   **Sequoia Mortgage Trust 2024-1**
**c/o Select Portfolio Servicing Inc**
**3217 S Decker Lake Dr**

**Salt Lake City, UT 84119**

**Date or dates debt was incurred**                        **Basis for the claim:**                     **Description**

_____            **notice only**

_____

**Last 4 digits of account number**   _____            **Is the claim subject to offset?**

☑ No
☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are
     collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed,
     copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.                    **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ _____ **0.00** |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. | **+** $ _____ **4,419.34** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **4,419.34** |

---

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Maddison Revocable Trust**

United States Bankruptcy Court for the:  **Northern District of Georgia**

Case number (*If known*):  **25-58758**          Chapter  **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify your case:**

Debtor Name    **Maddison Revocable Trust**

United States Bankruptcy Court for the:    **Northern District of Georgia**

Case number (*If known*):    **25-58758**

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**Fill in this information to identify your case:**

Debtor name  **Maddison Revocable Trust**

United States Bankruptcy Court for the:  **Northern District of Georgia**

Case number (if known):  **25-58758**

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of income — Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **1/1/2025** MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ _____ **1,500.00** |
| For prior year: | From **1/1/2024** MM/DD/YYYY | to **12/31/2024** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ **1,500.00** |
| For the year before that: | From **1/1/2023** MM/DD/YYYY | to **12/31/2023** MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ **0.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ MM/DD/YYYY | to Filing date | _____ | $ _____ |
| For prior year: | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |

| Debtor | **Maddison Revocable Trust** | Case number *(if known)*    **25-58758** |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| **3.1** | | | $ | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Number    Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | City              State   ZIP Code | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | | | $ | |
| | Insider's Name | | | |
| | | | | |
| | Number    Street | | | |
| | | | | |
| | City              State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Copyright © Financial Software Solutions, LLC

Debtor    __Maddison Revocable Trust__                                     Case number *(if known)*  __25-58758__
          Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number       Street | | | |
| | City                State   ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number       Street | | | |
| | City                State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | | | | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | | | Number       Street | |
| | | | City                State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1**

Custodian's name

Case title        $

Court name and address

Number    Street

Court's Name

City        State   ZIP Code

Case number

Date of order or assignment

Number    Street

City        State   ZIP Code

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | **FundaciÃ³n Betania Juvenil** | | 2024 | $ 1,500.00 |
| | Recipient's Name | | | |
| | **Cartagena, Bolivar, Colombia** | | | |
| | Number    Street | | | |

City        State   ZIP Code

Recipient's relationship to debtor

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.2** | **FundaciÃ³n Betania Juvenil** | charitable contribution | 2025 | $ 1,500.00 |
| | Recipient's Name | | | |
| | **Cartagena, Bolivar, Colombia** | | | |
| | Number    Street | | | |

City        State   ZIP Code

Recipient's relationship to debtor

---

| Debtor | Maddison Revocable Trust | Case number *(if known)*  25-58758 |
|---|---|---|
| | Name | |

---

**Part 5:**  **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

---

**Part 6:**  **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | **Taylor Duma LLP**<br>Recipient's Name | **$1738 Filing Fee**<br>**$4762 Retainer** | **8/4/2025** | $  **6,500.00** |
| | **1600 Parkwood Cir, Ste 200**<br>Number      Street | | | |
| | **Atlanta**          **GA**    **30339**<br>City                          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | **Kareem Maddison** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

| Debtor | Maddison Revocable Trust | Case number *(if known)* | 25-58758 |
|---|---|---|---|
| | Name | | |

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | _____ | | _____ | $ _____ |
| | **Trustee** | | | |
| | _____ | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | | _____ | $ _____ |
| | Recipient's Name | | | |
| | _____ | | | |
| | Number       Street | | | |
| | _____ | | | |
| | City                    State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Maddison Revocable Trust**        Case number *(if known)*   __25-58758__
       Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** | | |
| Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Number     Street | | *Check all that apply:*<br>☐ Electronically |
| City         State   ZIP Code | | ☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.

    ☐ Yes.  State the nature of the information collected and retained.   _____

             Does the debtor have a privacy policy about that information?

             ☐ No

             ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.

    ☐ Yes.  Does the debtor serve as plan administrator?

             ☐ No. Go to Part 10.

             ☐ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | | |

             Has the plan been terminated?

             ☐ No

             ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | Maddison Revocable Trust | Case number *(if known)* | 25-58758 |
|---|---|---|---|
| | Name | | |

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |
| | Name | | | | |
| | Number     Street | | | | |
| | City                State   ZIP Code | | | | |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | | | | ☒ No<br>☐ Yes |
| | Name | | | |
| | | **Address** | | |
| | Number     Street | | | |
| | City                State   ZIP Code | | | |

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | | | | ☒ No<br>☐ Yes |
| | Name | | | |
| | | **Address** | | |
| | Number     Street | | | |
| | City                State   ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

| Debtor | Maddison Revocable Trust | Case number *(if known)* | 25-58758 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21.   **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

|  | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | _____<br>Owner's Name<br><br>_____<br>Number    Street<br><br>_____<br>City      State   ZIP Code | | | $ _____ |

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

|  | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | _____<br><br>**Case Number**<br><br>_____ | Name<br>_____<br><br>Number    Street<br>_____<br><br>City      State   ZIP Code | _____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC

Debtor    __Maddison Revocable Trust_____    Case number *(if known)*  __25-58758_____
             Name

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | _____ |
| | Name | Name | | |
| | | | | |
| | Number     Street | Number     Street | | |
| | | | | |
| | City              State   ZIP Code | City              State   ZIP Code | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | _____ |
| | Name | Name | | |
| | | | | |
| | Number     Street | Number     Street | | |
| | | | | |
| | City              State   ZIP Code | City              State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | | | |
| | Number     Street | | From _____  To  **Present** _____ |
| | | | |
| | City              State   ZIP Code | | |

26.  **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

---

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

| 26a.1 | Name and address | | Dates of service |
|---|---|---|---|

Name

Number      Street

City                                                      State    ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| 26b.1 | Name and address | | Dates of service |
|---|---|---|---|
| | | | From _____ To **Present** |

Name

Number      Street

City                                                      State    ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| 26c.1 | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

Name

Number      Street

City                                                      State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| 26d.1 | Name and address | |
|---|---|---|

Name

Number      Street

City                                                      State    ZIP Code

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Maddison Revocable Trust** | Case number *(if known)* | **25-58758** |
|---|---|---|---|
| | Name | | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1

Name

Number        Street

City                                        State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1 | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1 | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | Maddison Revocable Trust | Case number *(if known)* | 25-58758 |
|---|---|---|---|
| | Name | | |

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | | | | |
| | Recipient's Name | | | |
| | Number      Street | | | |
| | City                        State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **8/20/2025**
                    MM/DD/YYYY

✖ **/s/ Kareem Maddison**                                    Printed name    **Kareem Maddison**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor    **Trustee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## __Northern District of Georgia__

In re

Case No.   __25-58758__

Debtor   **Maddison Revocable Trust**

Chapter   __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept  ............................................................  $ _____**4,762.00**_____

Prior to the filing of this statement I have received  .............................................  $ _____**4,762.00**_____

Balance Due  ......................................................................................................  $ _____**0.00**_____

2.  The source of the compensation paid to me was:

☑ Debtor                ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor                ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.
A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

- **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

- **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

- **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

- **Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**

- **Hourly rate**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        **/s/ Jason Pettie**
*Date*                                                        *Signature of Attorney*

                                                        **Taylor Duma, LLP**
                                                        **1600 Parkwood Cir**
                                                        **Atlanta, GA 30339**
                                                        **jasonpettie@gmail.com**
                                                        *Name of law firm*

Copyright © Financial Software Solutions, LLC                                                        BlueStylus